[No. 3305.  Decided October 11, 1899.]

CLARENCE CUNNINGHAM, *Respondent*, v. SPOKANE HYDRAULIC MIN-
ING COMPANY, *Appellant*.

Appeal from Superior Court, Spokane County.—Hon. WILLIAM
E. RICHARDSON, Judge.  Affirmed.

*Stephens & Bunn*, for appellant.

*Heyburn, Price, Heyburn & Doherty*, for respondent.

PER CURIAM.—This is the third time that this case has been
before the court, and an investigation of the record convinces us
that all the controlling questions now involved have been passed
upon in the prior decisions rendered.  18 Wash. 524 (52 Pac. 235);
20 Wash. 450 (55 Pac. 756).  In addition, with our view of the
law governing this case and the testimony introduced, there seems
to be no defense to the action, either equitable or legal.  The judg-
ment will, therefore, be affirmed.

---

[No. 3033.  Decided October 20, 1899.]

THE EVERETT LAND COMPANY, *Appellant*, v. H. G. YORK *et al.*, *Re-
spondents*.

Appeal from Superior Court, Snohomish County.—Hon. FRANK
T. REID, Judge.  Affirmed.

*Francis H. Brownell*, for appellant.

*Coleman & Hart* and *J. H. Naylor*, for respondents.

PER CURIAM.—This action was brought to restrain the collection
of certain taxes levied upon the property of plaintiff.  The lower
court sustained a demurrer to the complaint and the plaintiff,
standing by his pleading and refusing to amend, brought the case
here upon appeal.  An examination of the complaint convinces
us that it does not state facts sufficient to constitute a cause of
action.  The demurrer was properly sustained, and the judgment
is affirmed.